UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL WAYNE MCNEELY,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>            Defendant. | No.  2:17-cv-0335-GEB-KJN<br><br><br>ORDER |

Plaintiff's counsel has failed to respond to the court's order to show cause why $250.00 in monetary sanctions should not be imposed against him personally based on his failure to comply with court deadlines.  (See ECF No. 21.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's counsel shall personally pay $250.00 in monetary sanctions to the Clerk of Court within 21 days of this order.  Plaintiff's counsel shall not attempt to recover that amount from his client, whether directly or indirectly.

2. Failure to timely comply with this order may result in increased sanctions.

Dated:  January 4, 2018

_Kendall J. Newman_
_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1