MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
FRANCESCO P. BENAVIDES
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8978
    Facsimile: 415-744-0134
    Email: Francesco.Benavides@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DARRYL WAYNE MCNEELY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Acting Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil No. 2:17-cv-00335-KJN <br><br> STIPULATION FOR THE AWARD <br> AND PAYMENT OF ATTORNEY FEES <br> AND EXPENSES PURSUANT TO THE <br> EQUAL ACCESS TO JUSTICE ACT, <br> 28 U.S.C. § 2412(d) |

      IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Daryl Wayne McNeely be awarded attorney fees and expenses in the amount of six thousand and nine hundred dollars ($6,900.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

1

After the Court issues an order for EAJA fees to Daryl Wayne McNeely the government will consider the matter of Daryl Wayne McNeely's assignment of EAJA fees to Robert C. Weems. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Daryl Wayne McNeely, but if the Department of the Treasury determines that Daryl Wayne McNeely does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Robert C. Weems, pursuant to the assignment executed by Daryl Wayne McNeely.

This stipulation constitutes a compromise settlement of Daryl Wayne McNeely's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Daryl Wayne McNeely and Robert C. Weems may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date: *April 26, 2019*      WEEMS LAW OFFICES

BY: */s/ Robert C. Weems*
ROBERT C. WEEMS
Attorney for Plaintiff

Date: *April 26, 2019*      MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

BY: */s/ Francesco P. Benavides*
FRANCESCO P. BENAVIDES
Special Assistant United States Attorney
Attorneys for Defendant

2

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED

DATED: May 1, 2019.

_____
UNITED STATES DISTRICT JUDGE